1

2                   **UNITED STATES DISTRICT COURT**

3                        **DISTRICT OF NEVADA**

4                                  ***

5

6    BP PROFESSIONALS, LLP, *et al.,*

7                    Plaintiff,              2: 09-cv -1104 -RLH-VCF

8    vs.                                     **ORDER**

9    JACK WISHNA,

10                  Defendant.

11

12       Before the Court is Defendant Jack Wishna's Motion to Compel Discovery Responses Pursuant

13   to FRCP 37; Motion to Extend Discovery Dates (dkt. 18) filed on March 8, 2012.  To date no opposition

14   has been filed. On March 5, 2012, the Court approved a Stipulation to Extend Discovery Deadlines (dkt.

15   20).  The stipulation resolves the issues raised in the Motion to Compel Discovery Responses Pursuant

16   to FRCP 37; Motion to Extend Discovery Dates.

17       IT IS HEREBY ORDERED that Motion to Compel Discovery Responses Pursuant to FRCP 37;

18   Motion to Extend Discovery Dates (dkt. 18) is DENIED as moot.

19       DATED this 4th day of  April, 2012.

20

21

22                                    _____
                                      CAM FERENBACH
23                                    UNITED STATES MAGISTRATE JUDGE

24

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25